**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-30462-HCD |
| | § | |
| DENNIS PHILLIP MUSALL | § | |
| KATHY MAE MUSALL | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/12/2015. The undersigned trustee was appointed on 03/12/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                                        $3,021.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $30.00 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $2,991.00 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/21/2015 and the deadline for filing government claims was 09/08/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $755.25. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $755.25, for a total compensation of $755.25[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $46.51, for total expenses of $46.51.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/24/2015     By:   /s/ Rebecca Hoyt Fischer
                                      Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit A

| Case No.: | 15-30462 | Trustee Name: | Rebecca Hoyt Fischer |
|---|---|---|---|
| Case Name: | MUSALL, DENNIS PHILLIP AND MUSALL, KATHY MAE | Date Filed (f) or Converted (c): | 03/12/2015 (f) |
| For the Period Ending: | 8/24/2015 | §341(a) Meeting Date: | 04/14/2015 |
| | | Claims Bar Date: | 07/21/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  2014 state and federal tax refunds (u) | $0.00 | $2,264.00 | | $2,642.50 | FA |
| 2  checking account at Security Federal Bank | $700.00 | $140.84 | | $378.50 | FA |
| 3  residential real estate located at 612 Carol Drive, Walton, Indizana 46994; 2 | $46,000.00 | $0.00 | OA | $0.00 | FA |
| 4  Living room furniture, bedroom furniture, misc household items | $1,000.00 | $0.00 | | $0.00 | FA |
| 5  microwave; refrigerator, stove, washer & Dryer, end tables, equipment. lamps, cofee table, recliner, 3 dressers,2 beds, cookware and dishes, other small appliances, 2 tvs, wheel chair, table and chairs, love seat, gun cabinet, curtains and furnishings, bed clothes and towels, rocking chair, jar | $2,000.00 | $0.00 | | $0.00 | FA |
| 6  ruby earrings | $98.00 | $0.00 | | $0.00 | FA |
| 7  wedding rings | $2,200.00 | $0.00 | | $0.00 | FA |
| 8  Larson 25mm handgun, Larson 38mm, Single shot Remington, | $500.00 | $0.00 | | $0.00 | FA |
| 9  Term life insurance policy through employer; and 2 personal term policies (one for each spouse) pays $20,000 each on death; NO CURRENT MARKET VALUE | Unknown | $0.00 | | $0.00 | FA |
| 10  2012 Suzuki Equator | $23,920.64 | $0.00 | | $0.00 | FA |
| 11  2013 Mitsubishi Outlander Sport SE | $23,381.04 | $0.00 | | $0.00 | FA |
| 12  1997 Sea Nymph w/ 1999 cargo traiiler and motor | $875.00 | $0.00 | | $0.00 | FA |
| 13  dog and 2 cats | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | $100,674.68 | $2,404.84 | | $3,021.00 | **Gross Value of Remaining Assets**  $0.00 |
|---|---|---|---|---|---|

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit A

| Case No.: | 15-30462 | | Trustee Name: | Rebecca Hoyt Fischer |
|---|---|---|---|---|
| Case Name: | MUSALL, DENNIS PHILLIP AND MUSALL, KATHY MAE | | Date Filed (f) or Converted (c): | 03/12/2015 (f) |
| For the Period Ending: | 8/24/2015 | | §341(a) Meeting Date: | 04/14/2015 |
| | | | Claims Bar Date: | 07/21/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| Date | Activity |
|---|---|
| 08/21/2015 | Fee order received; do TFR. |
| 08/18/2015 | FA expenses entered. |
| 08/18/2015 | Tee fee app filed; no notice needed. |
| 07/22/2015 | Claims analysis complete. |
| 07/20/2015 | Second payment received. Hold FA until claims bar date passes. |
| 07/13/2015 | Received first payment of 378.50. |
| 07/06/2015 | Per attorney, the funds got withdrawn for a vehicle payment.  Debtors are sending us 378.50 by mail on 7/10 and the remaining 378.50 on 7/17 by mail.  Expect that final payment by no later than the 23rd.  RK advised that we will NOT withdraw motion to compel and if they do not comply we will enforce that order. |
| 06/30/2015 | From attorney's office:  Mrs. Musall told us that although the Indiana refund was deposited into their bank account the IRS put a hold on the account and withdrew these funds.  Amber did tell her she would need to obtain documentation on this and forward to our office ASAP so we can give to your office. |
| 06/30/2015 | changed debtors address. |
| 06/25/2015 | Motion for turnover of state tax refunds of $757.00 filed, notice c/o 7/16/15. |
| 06/15/2015 | Sent letter - Ind. shows refund deposited 6/11/15.  Due by 6/20/15. |
| 04/27/2015 | Check from debtor for Federal Refund in the amount of $2264.00.  To RJK to advise. |
| 04/27/2015 | Check deposited.  Per letter from debtors, they are still waiting on their state tax refund. |
| 04/17/2015 | 2014 tax case and $140.84 non-exempt bank account. Letter to debtor 4/15/15 re: turnover of refunds and bank funds. |
| 04/17/2015 | PIR filed. |
| 03/25/2015 | Possible bank account-- $840.84 balance DOF--- $X 700-- Only REceived 2013 tax returns |

Initial Projected Date Of Final Report (TFR):    07/31/2015    Current Projected Date Of Final Report (TFR):

/s/ REBECCA HOYT FISCHER
REBECCA HOYT FISCHER

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-30462 | Trustee Name: | Rebecca Hoyt Fischer |
| --- | --- | --- | --- |
| Case Name: | MUSALL, DENNIS PHILLIP AND MUSALL, KATHY MAE | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***0968 | Checking Acct #: | ******4745 |
| Co-Debtor Taxpayer ID #: | **-***0969 | Account Title: | |
| For Period Beginning: | 3/12/2015 | Blanket bond (per case limit): | $89,930,480.00 |
| For Period Ending: | 8/24/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/27/2015 | (1) | Kathy Musall | Non-exempt tax refund (Federal) | 1224-000 | $2,264.00 | | $2,264.00 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,254.00 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,244.00 |
| 07/13/2015 | (1) | Kathy Musall | state non-exempt tax funds | 1224-000 | $378.50 | | $2,622.50 |
| 07/20/2015 | (2) | Kathy Musall | payment for non-exempt bank funds | 1110-000 | $378.50 | | $3,001.00 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,991.00 |
| | | | **TOTALS:** | | $3,021.00 | $30.00 | $2,991.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $3,021.00 | $30.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $3,021.00 | $30.00 | |

**For the period of 3/12/2015 to 8/24/2015**

| | |
| --- | --- |
| Total Compensable Receipts: | $3,021.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,021.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $30.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/27/2015 to 8/24/2015**

| | |
| --- | --- |
| Total Compensable Receipts: | $3,021.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,021.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $30.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 15-30462 | Trustee Name: | Rebecca Hoyt Fischer |
|---|---|---|---|
| Case Name: | MUSALL, DENNIS PHILLIP AND MUSALL, KATHY MAE | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***0968 | Checking Acct #: | ******4745 |
| Co-Debtor Taxpayer ID #: | **-***0969 | Account Title: | |
| For Period Beginning: | 3/12/2015 | Blanket bond (per case limit): | $89,930,480.00 |
| For Period Ending: | 8/24/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $3,021.00 | $30.00 | $2,991.00 |

| For the period of 3/12/2015 to 8/24/2015 | | For the entire history of the case between 03/12/2015 to 8/24/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,021.00 | Total Compensable Receipts: | $3,021.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,021.00 | Total Comp/Non Comp Receipts: | $3,021.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $30.00 | Total Compensable Disbursements: | $30.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30.00 | Total Comp/Non Comp Disbursements: | $30.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ REBECCA HOYT FISCHER

REBECCA HOYT FISCHER

# CLAIM ANALYSIS REPORT

| Case No.: | 15-30462 | | | | | | | | | Trustee Name: | Rebecca Hoyt Fischer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | MUSALL, DENNIS PHILLIP AND MUSALL, KATHY MAE | | | | | | | | | Date: | 8/24/2015 |
| Claims Bar Date: | 07/21/2015 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | REBECCA HOYT FISCHER<br>401 E. Colfax, Suite 305<br>South Bend IN 46617 | 04/17/2015 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $46.51 | $46.51 | $0.00 | $0.00 | $0.00 | $46.51 |
| comp | REBECCA H. FISCHER<br><br>Laderer & Fischer, P.C.<br>401 E. Colfax Avenue, Suite 305<br>South Bend IN 46617 | 08/18/2015 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $755.25 | $755.25 | $0.00 | $0.00 | $0.00 | $755.25 |
| 1 | SOLIDARITY COMMUNITY FCU<br>PO Box 2499<br>Kokomo IN 46904 | 05/11/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $11,755.42 | $11,845.45 | $11,845.45 | $0.00 | $0.00 | $0.00 | $11,845.45 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>St. Vincent Hospital<br>as assignee of St Joseph Hospital<br>PO Box 248838<br>Oklahoma City OK 73124-8838 | 05/15/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $777.00 | $896.28 | $896.28 | $0.00 | $0.00 | $0.00 | $896.28 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>St. Vincent Hospital<br>as assignee of St Joseph Hospital<br>PO Box 248838<br>Oklahoma City OK 73124-8838 | 05/15/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,926.14 | $2,926.14 | $0.00 | $0.00 | $0.00 | $2,926.14 |
| 4 | CAPITAL ONE NA<br><br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 05/22/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,885.55 | $1,955.08 | $1,955.08 | $0.00 | $0.00 | $0.00 | $1,955.08 |

# CLAIM ANALYSIS REPORT

| Case No.: | 15-30462 | | | Trustee Name: | Rebecca Hoyt Fischer |
| Case Name: | MUSALL, DENNIS PHILLIP AND MUSALL, KATHY MAE | | | Date: | 8/24/2015 |
| Claims Bar Date: | 07/21/2015 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | CAVALRY SPV I, LLC<br><br>Assignee of Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E Ft. Lowell Road Suite #200<br>Tucson AZ 85712 | 06/10/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,923.60 | $2,917.37 | $2,917.37 | $0.00 | $0.00 | $0.00 | $2,917.37 |
| 6 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 07/13/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $746.10 | $780.83 | $780.83 | $0.00 | $0.00 | $0.00 | $780.83 |
| 7 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 07/13/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,933.01 | $1,797.25 | $1,797.25 | $0.00 | $0.00 | $0.00 | $1,797.25 |
| 8 | SYNCHRONY BANK<br><br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | 07/14/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $6,480.94 | $6,604.34 | $6,604.34 | $0.00 | $0.00 | $0.00 | $6,604.34 |
| | | | | | | $30,524.50 | $30,524.50 | $0.00 | $0.00 | $0.00 | | $30,524.50 |

**CLAIM ANALYSIS REPORT**

Page No: 3  Exhibit C

| | | | |
|---|---|---|---|
| **Case No.** | 15-30462 | **Trustee Name:** | Rebecca Hoyt Fischer |
| **Case Name:** | MUSALL, DENNIS PHILLIP AND MUSALL, KATHY MAE | **Date:** | 8/24/2015 |
| **Claims Bar Date:** | 07/21/2015 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $29,722.74 | $29,722.74 | $0.00 | $0.00 | $0.00 | $29,722.74 |
| Trustee Compensation | $755.25 | $755.25 | $0.00 | $0.00 | $0.00 | $755.25 |
| Trustee Expenses | $46.51 | $46.51 | $0.00 | $0.00 | $0.00 | $46.51 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      15-30462-HCD
Case Name:     DENNIS PHILLIP MUSALL
               KATHY MAE MUSALL
Trustee Name:  Rebecca Hoyt Fischer

|  |  |
|---|---:|
| Balance on hand: | $2,991.00 |

Claims of secured creditors will be paid as follows: NONE

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $2,991.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Rebecca H.Fischer, Trustee Fees | $755.25 | $0.00 | $755.25 |
| Rebecca Hoyt Fischer, Trustee Expenses | $46.51 | $0.00 | $46.51 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $801.76 |
| Remaining balance: | $2,189.24 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $2,189.24 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $2,189.24 |

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $29,722.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Solidarity Community FCU | $11,845.45 | $0.00 | $872.47 |
| 2 | American InfoSource LP as agent for | $896.28 | $0.00 | $66.02 |
| 3 | American InfoSource LP as agent for | $2,926.14 | $0.00 | $215.53 |
| 4 | Capital One NA | $1,955.08 | $0.00 | $144.00 |
| 5 | Cavalry SPV I, LLC | $2,917.37 | $0.00 | $214.88 |
| 6 | PYOD, LLC its successors and assigns as assignee | $780.83 | $0.00 | $57.51 |
| 7 | PYOD, LLC its successors and assigns as assignee | $1,797.25 | $0.00 | $132.38 |
| 8 | Synchrony Bank | $6,604.34 | $0.00 | $486.45 |

|   |   |
|---|---|
| Total to be paid to timely general unsecured claims: | $2,189.24 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|   |   |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|   |   |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Case 15-30462-hcd    Doc 38    Filed 09/01/15    Page 12 of 12